IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20810
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN DAVID BOYD,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-88-CR-14-03
- - - - - - - - - - -
October 29, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

John David Boyd appeals, #46448-079, the denial of his 18 U.S.C. § 3582(c)(2) motion for modification of his sentence. We have reviewed the record, appellant's brief, and the district court's opinion, and we find no abuse of discretion. United States v. Pardue, 36 F.3d 429, 430 (5th Cir. 1994), cert. denied, 115 S. Ct. 1969 (1995). Accordingly, we affirm for the reasons given by the district court. United States v. Boyd, No. H-88-14-03 (Aug. 16, 1995).

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.